JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PATRICK L. MCQUAID, et al.,<br><br>　　　　Defendants. | Case No. CV 21-1600 FMO (MRWx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 5th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge